UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:13CR00072 SNLJ |
| | ) |
| DARRYL HOUSE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#141), filed on February 4, 2014 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein, in addition to a correction on page two of the report and recommendation, citing United States v. Lopez, 514 U.S. 529 (1925) which should be United States v. Lopez, 514 U.S. 529 (1995).

**IT IS HEREBY ORDERED** that defendant's Motion to Dismiss Indictment (#109) be **DENIED**.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Identification (#111) be **DENIED.**

**IT IS FURTHER ORDERED** that defendant Darryl House's pro se Motion to Suppress Evidence (#124 and #126) be **DENIED.**

Dated this 12th day of March, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE